IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, and KRISTOPHER LANG,<br><br>                  Plaintiffs,<br>v.<br><br>ATLAS AIR, INC. and POLAR AIR CARGO WORLDWIDE, INC.,<br><br>                  Defendants. | Case No. 1:19-cv-00281-RDM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE CONDITIONED ON RETENTION OF JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT**

**WHEREAS,** on February 1, 2019, Plaintiffs International Brotherhood of Teamsters, Airline Division, Airline Professionals Association of the International Brotherhood of Teamsters, Local Union No. 1224, and Kristopher Lang (collectively, the Plaintiffs) filed a Verified Complaint in United States District Court for the District of Columbia, Case 1:19-cv-00281 against Atlas Air, Inc. and Polar Air Cargo Worldwide, Inc. ("Defendants") alleging claims arising out of the alleged facts and circumstances surrounding the Employment Action, including (1) Violation of Section 2, First of the RLA, 45 U.S.C. § 152, First, (2) Violation of Section 2, Seventh of the RLA, 45 U.S.C. § 152, Seventh, and Section Six of the RLA, 45 U.S.C. § 156 (3) Violation of Section 2, Third of the RLA, 45 U.S.C. § 152, Third, (4) Violation of Section 2, Fourth of the RLA, 45 U.S.C. § 152, Fourth, and (5) Violation of Public Policy – Wrongful Discharge Tort under District of Columbia Law (the "Complaint"); and

**WHEREAS**, the Parties have entered into a settlement agreement dated March 22, 2019 ("Settlement Agreement") providing for the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), conditioned, however, on an order from the Court retaining jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement, which terms are expressly incorporated herein by reference;

**IT IS HEREBY STIPULATED AND AGREED** by and between all the Parties which have appeared in this action, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed with prejudice with each party to bear their own attorneys' fees and costs, subject to and conditioned upon entry of an order from the Court retaining jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement.

A proposed order is attached.

Respectfully submitted,

Dated:  March 22, 2019

| | |
|---|---|
| ____/s/ Edward M. Gleason_____ | /s/ Robert A. Siegel_____ |
| Edward M. Gleason | Robert A. Siegel |
| (D.C. Bar # 429325) | (D.C. Bar #1004474) |
| LAW OFFICE OF EDWARD GLEASON, PLLC | Rachel S. Janger |
| | (D.C. Bar # 467142) |
| 910 17th Street, N.W., Suite 800 | 1625 Eye Street, NW |
| Washington, DC 20006 | Washington, DC 20006 |
| Telephone:  (703) 608-7880 | Telephone:  (202) 383-5300 |
| egleason@gleasonlawdc.com | Facsimile:  (202) 383-5414 |
| | rsiegel@omm.com |
| *Counsel for Plaintiffs* | rjanger@omm.com |
| | *Counsel for Defendants* |